UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X



SHIRLEY ANN DIMPS,

                Plaintiff,                10 CIVIL 6148 (VM)

-against-                **JUDGMENT**

NEW YORK STATE OFFICE OF MENTAL
HEALTH, et al.,
                Defendants.
------------------------------------------------------------X

      Defendants having moved to dismiss the action pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on April 1, 2011, having rendered its Decision and Order granting the motion of defendants New York State Office of Mental Health, Office of Mental Health's Manhattan Psychiatric Center, and Office of Mental Health's Kirby Forensic Psychiatric Center ("Defendants") to dismiss the complaint of plaintiff Shirley Ann Dimps ("Dimps"), and directing the Clerk of the Court to enter judgment in favor of Defendants dismissing Dimp's complaint in this action, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 1, 2011, the motion of Defendants to dismiss the complaint of plaintiff Dimps is granted; judgment is entered in favor of Defendants dismissing Dimp's complaint in this action; accordingly, the case is closed.

**Dated:** New York, New York
       April 5, 2011                                    **RUBY J. KRAJICK**

                                                              Clerk of Court
                                     BY:

                                                             **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____